## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Comcast of Maine/New Hampshire, Inc.

    v.                                      Civil No. 06-cv-142-JM

Joseph F. Slater, Jr.

### O R D E R

Pursuant to an order of September 18, 2006, plaintiff's counsel and Comcast were ordered to provide all written evidence supporting the complaint and to show cause why they should not be sanctioned for the complaint if it was knowingly filed after the statute of limitations had expired.

Comcast and counsel filed a very detailed and complete set of documents which fully justified the complaint and demonstrated conclusively that the dates on which the offending equipment were surrendered were April 14 and 15, 2003, not February 4, 2003 as defendant stated at the settlement conference. Comcast and Attorneys McLaughlin and Shapiro have demonstrated that the complaint was based soundly upon fact and in full compliance with Fed. R. Civ. P. 11. In fact, it would be hard to find a case brought with a better evidentiary foundation. Counsel have demonstrated a basis for the high regard in which they are held

by this judge.  Comcast and counsel have shown cause why they should not be sanctioned under Rule 11.

    **SO ORDERED.**

                                      _/s/ James R. Muirhead_
                                      James R. Muirhead
                                      United States Magistrate Judge

Date: October 13, 2006

cc:   John M. McLaughlin, Esq.
      R. Peter Shapiro, Esq.
      Joseph F. Slater, Jr., _pro se_